IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED HEALTH,<br><br>               Defendant. | **8:23CV220**<br><br>**MEMORANDUM AND ORDER** |

Plaintiff Billy Tyler, a non-prisoner, filed his Complaint, Filing No. 1, on May 25, 2023, along with two Motions for Leave to Proceed in Forma Pauperis, Filing No. 2; Filing No. 3. The first motion bears the same caption as the Complaint, Filing No. 2, but the second motion is captioned "Billy Tyler v. Social Security Administration," Filing No. 3, and appears to have been intended to be filed with a separate complaint that the Court received on May 26, 2023, and docketed in Case No. 4:23CV3099. *See* Filing No. 1 at 1 ("My Tyler v. SSA will arrive under separate cover for June 2023 suit[.]"); Filing No. 1, Case No. 4:23CV3099. Upon review of Plaintiff's first motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Plaintiff's first motion for leave to proceed in forma pauperis, Filing No. 2, is granted, and the Complaint shall be filed without payment of fees.

2. The Clerk of Court is directed to terminate the motion event for Plaintiff's second motion for leave to proceed in forma pauperis, Filing No. 3, and to file the second motion as a motion for leave to proceed in forma pauperis in Case No. 4:23CV3099.

3. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 31st day of May, 2023.

BY THE COURT:

*[signature: Joseph F. Bataillon]*

Joseph F. Bataillon
Senior United States District Judge