IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED HEALTH,<br><br>                Defendant. | **8:23CV220**<br><br>**ORDER** |

      This matter is before the Court on its own motion. On May 25, 2023, the Clerk of the Court sent a Notice, Filing No. 4, and a copy of General Order No. 2022-04, Filing No. 5, to Plaintiff at his last known address and they were returned to this Court as undeliverable due to "insufficient address[,] unable to forward." *See* Filing No. 7. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

      IT IS THEREFORE ORDERED that:

      1.    Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

      2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **July 12, 2023**: check for address.

Dated this 12th day of June, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge